1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CHANELL S. WATKINS, an individual,        No.  2:17-cv-02247-MCE-EFB

12                    Plaintiff,

13        v.                                   **ORDER TO SHOW CAUSE**

14   DITECH FINANCIAL LLC, FKA Green
     Tree Servicing LLC; FEDERAL
15   NATIONAL MORTGAGE
     ASSOCIATION; NBS DEFAULT
16   SERVICES, LLC; and DOES 1 through
     20, inclusive,
17
                     Defendants.
18

19        Through the present lawsuit, Plaintiff Chanell S. Watkins seeks damages from

20   Defendants on grounds that her loan modification applications were not properly

21   considered, and that Defendants wrongfully pursued foreclosure proceedings against

22   her home located in Tracy, California.  Plaintiff alleges various causes of action, alleging

23   claims based on California's Homeowner Bill of Rights, Cal. Civ. Code § 2923, et seq.,

24   as well as claims for unfair business practices and quiet title as well as common-law

25   causes of action for breach of contract, negligence, and negligent infliction of emotional

26   distress.

27        On November 2, 2017, Defendants filed a Motion to Dismiss Plaintiff's Complaint

28   for failure to state a claim in accordance with Federal Rule of Civil Procedure 12(b)(6).

1   Plaintiff failed to file either an opposition to that motion, or a statement of non-opposition,

2   in contravention of Eastern District Local Rule 230(c).  Plaintiff is consequently ordered

3   to show cause why this lawsuit should not be dismissed for failure to prosecute and for

4   failure to comply with the Court's orders.  Plaintiff is directed to file a written response to

5   this Order to Show Cause within ten (10) days following the date the Order is

6   electronically filed.  Failure to comply will result in dismissal of this action, with prejudice

7   and without further notice to the parties.

8           IT IS SO ORDERED.

9   Dated:  March 30, 2018

11  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE