UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANELL S. WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC FKA Green Tree Servicing LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; NBS DEFAULT SERVICES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:17-cv-2247-MCE-EFB PS<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Defendant Federal National Mortgage Association ("Fannie Mae") filed a motion for summary judgment, which was previously noticed for hearing on February 26, 2020.[1] ECF Nos. 38 & 45. In violation of Local Rule 230(c), plaintiff failed to file an opposition or statement of non-opposition to Fannie Mae's motion. Accordingly, the hearing on the motion was continued, and plaintiff was ordered to file an opposition or statement of non-opposition to Fannie Mae's motion. ECF No. 47. Plaintiff was also ordered to show cause, by no later than March 25, 2020, why sanctions should not be imposed for failure to timely file a response to the pending motion,

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

and she was admonished that failure to do so could result in dismissal of this action for lack of prosecution and/or failure to comply with court orders. *Id*.

The deadline has passed and plaintiff has not filed an opposition or statement of non-opposition to the pending motion, nor otherwise responded to the court's order to show cause.[2]

Accordingly, it is hereby ORDERED that the April 8, 2020 hearing on Fannie Mae's motion for summary judgment is vacated.

Further, it is RECOMMENDED that this action be dismissed for failure to prosecute and to comply with court orders and the court's local rules. *See* Fed. R. Civ. P. 41(b); Cal. E.D. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 30, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.