UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANELL S. WATKINS, | No. 2:17-cv-02247-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| DITECH FINANCIAL LLC FKA Green Tree Servicing LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; NBS DEFAULT SERVICES, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

    On March 30, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 30, 2020, are ADOPTED; and

/////

2. This action is dismissed for failure to prosecute and to comply with court orders and the court's local rules. See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

IT IS SO ORDERED.

Dated: April 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE